## Complaint

7:24-cv-0003

FILED
JAN 02 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Time 9:16 P.M.
12-28-2023

Dear, Miss Clack

On this date 12-22-2023 at 9:40 PM I was injured by ector county staff. I felt that I wrongfully handled which led to me writing a grievance on the incident. The administration has placed me in segregation where I wrote the grievance about the eccessive force used that led to my injuries. My issue in this complaint is that I wrote a grievance on 12-24-2023 about the eccesive use of force-reference # 18,079,267, that occured on 12-22-2023 and the ranking officer that I wrote the grievance on Sgt. A. Ligon who monitored and participated in the eccessive use of force incident, investigated and responded to the grievance written on him. I appealed it, and again Sgt. Ligon responded to my appeal... I filed another grievance on 12-25-2023 about Sgt. A. Ligon abusing his authority by violating my right to due process (grievance reference # 18,088,097 and again Sgt. A. Ligon investigated this grievance also and responded to it 12-27-2023 at 11:21 P.M. - I appealed it 12-28-2023 at 9:14 P.M. and Sgt. A. Ligon's brother Lt. A. Ligon investigated and responded to my appeal on this on by stating "request denied" demonstrating a pattern of practice to secure

the liability of a governmental entity. Due to the actions of the administration, I am in fear for my well being. I was looking for a resolution to my current issue and have been oppressed by the seclusion of this Sgt. A. Ligon and his direct display of indifference and his abuse of discretion I am living in fear of more retaliation and in unsanitary conditions where all inmates in federal and state facilities are offered safe and clean living conditions It is my right to have that offered to me as well please look into my complaint for I am one man like many others in custody here in ector county detention center. PLEASE HELP.

Respectfully Submitted,
Michael Liscano #145436
9:52 PM.
12-28-2023

Michael Liscano #145436
E.C.D.C.
P.O. Box 331
Odessa, TX
79760



To: J. Clack
200 E. Wall
Midland, Texas
79701

RECEIVED
JAN - 2 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

7970135217

