IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MICHAEL LISCANO,** *Plaintiff* | § § § § § § § § § § § § § § § § | **MO-24-CV-00003-DC** **MO-24-CV-00108-DC** |
| v. | | |
| **SGT. ANDREW LIGON; LT. A. LIGON; CORPORAL JAMES GRISSOM; CORRECTIONAL OFFICER TRADAVEON PORTER; CORRECTIONAL OFFICER ZACHARY HIRST; DEPUTY KARLA VEGA; CORPORAL CHEYENNE MCGILVORY; AND ECTOR COUNTY, TEXAS,** *Defendants* | | |

## FINAL JUDGMENT

On this day, the Court entered an Order dismissing Plaintiff's 42 U.S.C. §1983 civil rights case, for reasons clarified therein. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Defendants' Amended Motion for Summary Judgment is **GRANTED**. [docket number 33].

Additionally, Plaintiff's entire §1983 is **DISMISSED WITH PREJUDICE**, however, his state law claims are **DISMISSED *WITHOUT* PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties to bear their own costs.

It is so **ORDERED**.

SIGNED this 25th day of November, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE